IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

TYREIC T. BREWER

_____/

INDICTMENT

1:24CR14 AW/ML

THE GRAND JURY CHARGES:

COUNT ONE

On or about December 9, 2023, in the Northern District of Florida, the defendant,

**TYREIC T. BREWER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is:

1. On or about February 14, 2023, **TYREIC T. BREWER** was convicted in the State of Florida of Possession of Controlled Substance Without a Prescription and Possession of Cocaine.

2. For each of these crimes, **TYREIC T. BREWER** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **TYREIC T. BREWER** did knowingly possess a firearm, to wit, a Smith and Wesson 9 millimeter pistol, and ammunition, namely Western Cartridge Company, Federal, CCI, and ICC 9 millimeter.

4. The firearm and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

On or about April 11, 2024, in the Northern District of Florida, the defendant,

## TYREIC T. BREWER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate commerce, that is:

1. On or about February 14, 2023, **TYREIC T. BREWER** was convicted in the State of Florida of Possession of Controlled Substance Without a Prescription and Possession of Cocaine.

2. For each of these crimes, **TYREIC T. BREWER** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **TYREIC T. BREWER** did knowingly possess a firearm, to wit, a SCCY 9 millimeter pistol, and ammunition, namely Winchester, Federal, CCI, Hornady, and WMA 9 millimeter.

4. This firearm and ammunition had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FIREARM FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**TYREIC T. BREWER,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts One and Two of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearms and ammunition described above, any and all interest that this defendant has in the firearms and ammunition involved in these violations is vested

in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665.

A TRUE BILL:

Redacted

_____6/25/24_____
DATE

_____
JASON COODY
United States Attorney

_____
JAMES A. MCCAIN
Assistant United States Attorney

for _____
ERIC W. WELCH
Assistant United States Attorney

4